No. 210. AUBURN SAVINGS BANK ET AL. *v.* PORTLAND RAILROAD CO. ET AL. Supreme Judicial Court of Maine. Certiorari denied. MR. JUSTICE DOUGLAS took no part

in the consideration or decision of this application. *Fred N. Oliver*, *Michael F. McCarthy* and *Willard P. Scott* for petitioners. *Leonard A. Pierce* for the Portland Railroad Co. et al., respondents.